IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

-VS-

Victor L McNeary Jr
10328 Lord Drive
St. Louis, Mo. 63136

RACE: Black
SEX: Male
DOB: ▓▓,▓▓75
HT: 5'11"
WT: 165 lbs.
P.D.: St. Louis County
ORI NUMBER: MO950000

SSN: 490-▓▓▓▓
OCN:
CASE ID: MC27222
RPT NO: 94-251117
CT. NO: 94CR-004238

Defendant

**CHARGES**

COUNT 01: ROBBERY IN THE FIRST DEGREE - CLASS A FELONY
COUNT 02: ARMED CRIMINAL ACTION - FELONY
COUNT 03: ROBBERY IN THE FIRST DEGREE - CLASS A FELONY
COUNT 04: ARMED CRIMINAL ACTION - FELONY

**INFORMATION**

State of Missouri )
                  ) SS
County of St. Louis )

The Prosecuting Attorney of the County of St. Louis, State of Missouri, charges:

COUNT 01: ROBBERY IN THE FIRST DEGREE - CLASS A FELONY

    That Victor L. McNeary, Jr., in violation of Section 569.020 RSMo., committed the class A felony of robbery in the first degree, punishable upon conviction under Section 558.011.1(1) RSMo., in that, on or about Monday, July 18, 1994, at approximateluy 9:40 A.M., at 1955 Chambers Road, in the County of St. Louis, State of Missouri, Victor L. McNeary, Jr. forcibly stole money in the charge of Charlotte Ray, and in the course thereof Victor L. McNeary, Jr. displayed what appeared to be a deadly weapon.

1201099.0

COUNT 02: ARMED CRIMINAL ACTION - FELONY

    That Victor L. McNeary, Jr., in violation of Section 571.015 RSMo., committed the felony of armed criminal action, punishable upon conviction under 571.015.1 RSMo., in

that, on or about Monday, July 18, 1994, at approximateluy 9:40 A.M., at 1955 Chambers Road, in the County of St. Louis, State of Missouri, the defendant committed the felony of robbery in the first degree as charged in Count 01, all allegations of which are incorporated herein by reference, and the defendant committed the foregoing felony of robbery in the first degree by, with and through the use, assistance and aid of a deadly weapon.

3101099.0

COUNT 03: ROBBERY IN THE FIRST DEGREE - CLASS A FELONY

That Victor L. McNeary, Jr., in violation of Section 569.020 RSMo., committed the class A felony of robbery in the first degree, punishable upon conviction under Section 558.011.1(1) RSMo., in that, on or about Friday, July 22, 1994, at approximately 8:19 A.M., at 1955 Chambers Road, in the County of St. Louis, State of Missouri, Victor L. McNeary, Jr. forcibly stole money in the charge of Charlotte Ray, and in the course thereof Victor L. McNeary, Jr. displayed what appeared to be a deadly weapon.

1201099.0

COUNT 04: ARMED CRIMINAL ACTION - FELONY

That Victor L. McNeary, Jr., in violation of Section 571.015 RSMo., committed the felony of armed criminal action, punishable upon conviction under 571.015.1 RSMo., in that, on or about Friday, July 22, 1994, at approximately 8:19 A.M., at 1955 Chambers Road, in the County of St. Louis, State of Missouri, the defendant committed the felony of robbery in the first degree as charged in Count 03, all allegations of which are incorporated herein by reference, and the defendant committed the foregoing felony of robbery in the first degree by, with and through the use, assistance and aid of a deadly weapon.

3101099.0

*Clarence T. Smallwood*
Assistant Prosecuting Attorney

*Clarence T. Smallwood*, Assistant Prosecuting Attorney, says that the facts stated in the above information are true, according to the information and belief of the said Assistant Prosecuting Attorney.

*Clarence T. Smallwood*
Assistant Prosecuting Attorney

I certify and attest that the above is a true copy of the original record of the Court in case number 21942-04238-01 as it appears on file in my office.



Issued

2-27-2012

**JOAN M. GILMER**, Circuit Clerk
St. Louis County Circuit Court

By

Deputy Clerk

CCOPR36   Rev. 06/00